FILED 17 JUN 26 AM 11: 25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: MXN DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE SKINNER,<br><br>Defendant. | Case No.: 17CR1464-AJB<br><br>**PROTECTIVE ORDER REGARDING DISCOVERY** |

Under Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and General Order No. 514 of the United States District Court for the Southern District of California pertaining to privacy matters,

IT IS HEREBY ORDERED that any discovery material that was filed under seal is unsealed for the limited purpose of allowing the United States to provide such material to defendant and defense counsel;

IT IS FURTHER ORDERED that the United States is authorized to disclose to the Defense grand jury matter in order to fulfill its statutory and Constitutional discovery obligations in this case. The term "grand jury matter" as used in this Order means (1) transcripts of testimony before the grand jury, and (2) documents or objects marked as grand jury exhibits; and

IT IS FURTHER ORDERED that the discovery to be produced in this matter (the "Discovery") contains personal identifying information and sensitive financial

information for individuals besides the party to which it will be produced. The Discovery is for use of defense counsel, defendant, any investigators, interpreters, experts, paralegals, legal assistants, or law clerks assisting counsel in this case (the "Defense"). The Defense may also show the Discovery to witnesses who are not part of the Defense, provided either that (a) the specific discovery shown to the witness includes only that own witness's personal identifying information or sensitive financial information (and no such information pertaining to any other person), or (b) the witness shown the Discovery agrees in writing to be bound by the terms of this protective order.

The Defense may use the Discovery for purposes of investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The Discovery may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense.

The Defense shall take all reasonable steps to (a) maintain the confidentiality of the Discovery, and (b) safeguard the Discovery produced in this case from inadvertent disclosure or review by any third party.

The Defense shall return to the United States or destroy any and all copies of the Discovery within 90 days of the conclusion of the proceedings in this case, including any appeal. Should the Defense withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days. In that event, the United States will promptly redistribute the material to successor counsel.

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | The parties shall abide by General Order No. 514 of the United States |
| 2 | District Court for the Southern District of California, which, among other things, |
| 3 | requires that any filings referencing or containing an individual's personal information |
| 4 | must be redacted in a manner consistent with said General Order. |

SO ORDERED.

DATED: 6/19, 2017

THE HON. ANTHONY J. BATTAGLIA
United States District Judge
Southern District of California

I consent to the entry of the foregoing protective order.

DATE: 6/15, 2017

Nicholas W. Pilchak
Assistant U.S. Attorney

DATE: 6-13, 2017

Patrick Q. Hall
Attorney for Defendant
DAVID WAYNE SKINNER

*17CR1464-AJB*